IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01868-BNB

JOHN KILMAN,

    Plaintiff,

v.

MERLYN ELLICKSON, and
BOATRIGHT & RIPP, LLC, Attorneys at Law,

    Defendants.

## ORDER DISMISSING CASE

On October 11, 2007, Magistrate Judge Boyd N. Boland ordered Plaintiff to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On December 12, 2007, Plaintiff filed a motion to withdraw his complaint in order to seek legal counsel.

The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of

a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to withdraw filed on December 12, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of December 12, 2007, the date the notice was filed in this action.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-01868-BNB

John Kilman
615 Water Street #410
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/19/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk